Opinion by McClelland, P. J. The sample is an article shaped to fit the foot, made of woven leather thongs, and there was testimony that it is not an unfinished shoe but merely a part which, with the addition of further materials and labor, may be converted into an unfinished shoe. It was found that the merchandise in fact consists of side upper leather made from hides or skins of cattle of the bovine species manufactured into uppers for shoes and the claim at 15 percent under paragraph 1530 (b) (4) was therefore sustained.

**No. 42427.**—Protest 986877–G of Ichabod T. Williams & Sons (New York).

Opinion by McClelland, P. J. In accordance with stipulation of counsel and on the authority of *Laurence Phillips* v. *United States* (T. D. 49624) it was held that the tax under the Revenue Act should not have been imposed.

**No. 42428.**—Protest 972319–G of Seaboard Lumber Sales Co., Ltd. (Bridgeport).

Opinion by McClelland, P. J. In accordance with stipulation of counsel and on the authority of *Laurence Phillips* v. *United States* (T. D. 49624) certain timber was held not subject to the tax under the revenue act as claimed. The claim that the tax on the lumber should have been taken only on the number of board feet imported was sustained on the authority of *Myers* v. *United States* (T. D. 49530).

**No. 42429.**—Protests 811782–G, etc., of Weyerhaeuser Timber Co. (Providence).

Opinion by McClelland, P. J. In accordance with stipulation of counsel and on the authority of *Laurence Phillips* v. *United States* (T. D. 49624) certain timber was held not subject to the tax under the Revenue Act as claimed. The claim that the tax on the lumber should have been taken only on the number of board feet imported was sustained on the authority of *Myers* v. *United States* (T. D. 49530).

**No. 42430.**—Protest 748333–G of Amtorg Trading Corporation (Los Angeles).

Opinion by McClelland, P. J. In accordance with stipulation of counsel and on the authority of *United States* v. *Myers* (24 C. C. P. A. 156, T. D. 48640 (the protest was sustained.

**No. 42431.**—Protests 642684–G, etc., of Bookstaver Burns Lumber Co. (Los Angeles).

Opinion by McClelland, P. J. In accordance with stipulation of counsel and on the authority of *United States* v. *Myers* (24 C. C. P. A. 156, T. D. 48640) the protests were sustained.

**No. 42432.**—Protest 709532–G of Cleveland Wood Box Co. (Cleveland).